# United States Bankruptcy Court
## Western District of Texas - Austin

In re: **Scribe Media LLC**
Debtor(s)

Case No. **23-10868-smr**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED
## ADDING CREDITORS

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2023

DocuSigned by:
*William R. Patterson*
3890BBADD9344CC...

**William R. Patterson / Chief Restructuring Officer**
Signer/Title

American Express
C/O Rutledge Law Firm PC
2603 Augusta Drive
Suite 1600
Houston, TX 77270

Ami Hendrickson
5961 Johnson Road
Coloma, MI 49038

Andr Ducci
Italy

Brannan Sirratt
1198 N Centennial Ave
West Fork, AR 72774

Chargeover
1000 Shelard Parkway
Suite 200
Minneapolis, MN 55426

CIM
P.O. Box 671140
Dallas, TX 75267

City of Austin Utilities
P.O. Box 2267
Austin, TX 78783

cloudcampaign
1515 Walnut St.
Unit 200
Boulder, CO 80302

Common Mode Inc.
296 State Rt. 10 West
East Hanover, NJ 07936

Dallas Audio Post
2445 Lacy Ln.
Carrolton, TX 75006

Digital Sound Magic Recording Studios Lt
201 - 7382 Winston Street
Burnaby, BC V5A 2G9

Domain Networks
P.O. Box 1280
Hendersonville, NC 28793

Dynamix Productions
333 N. Ashland Avenue, Suite 120
Lexington, KY 40502

Edge Studio
115 W 45th St, Fl 8
New York, NY 10036

Elizabeth Bartmess Indexing
2611 Royal Ann Dr
Union City, CA 94587

Emburse
14 East 38th Street, 9th Floor
New York, NY 10016

Falcon.io Us.Inc dba Brandwatch
200 Veesey Street, 19th Floor
New York, NY 10281

Google Fiber
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Gravity Payments
5601 22nd Avenue, NW 200
Seattle, WA 98107

Holocene Productions, LLC
8400 Chrysler Bend
Austin, TX 78744

Inspirity
19001 Crescent Springs Dr.
Mail Code C3C.2.20
Kingwood, TX 77339

Kelsey Adams
1118 1st St
Kirkland, WA 98033

Laura Fitch
5309 Timberwilde Cir
Fort Worth, TX 76112-3845

LGA, LLP
500 West Cummings Park
Suite 5650
Woburn, MA 01801

McCoyRockford
P.O. Box 1759
Houston, TX 77251

Mela Frye
71 Arnoldale Rd
West Hartford, CT 06119

Meta Comet
29 College St.
Sout Hadley, MA 01075

Michael Nagin
164 Madison St
Brooklyn, NY 11216

Mode Analytics Inc.
WeWork, 535 Mission St., 14th Floor
San Francisco, CA 94105

Mosaic Audiobooks
13300 Victory Blvd #380
Van Nuys, CA 91401

Moxtra Inc. dba MOXO
1601 S. De Anza Blvd.
Suite 158
Cupertino, CA 95014

Mr. Smalls Funhouse Inc
922 W North Ave
Pittsburgh, PA 15233

Naudio LLC dba Rocky Mountain Recorders
1250 W Cedar Ave
Denver, CO 80223

New York State - Dept of Teaxation and F
P.O. Box 15012
Albany, NY 12212-5012

Phoenix Color
PO Box 826739
Philadelphia, PA 19182-6739

Registered Agent Solutions, Inc.
P.O. Box 7410517
Dept 5021
Chicago, IL 60674

```
Robb Report Media LLC
c/o Gregory Bruno
11175 Santa Monica Blvd 9th Fl
Los Angeles, CA 90025

Roger That, LLC
1650 SE 3rd Avenue, Suite 209
Portland, OR 97214

Scribely
2021 Fillmore St, Suite 1185
San Francisco, CA 94115

Sergei Cook
1118 Desirable Dr
Austin, TX 78721

ShipZoom
2260 S. Cole Rd.
Suite 110
Boise, ID 83709

Simplify Productions
11417 Miranda St.
North Hollywood, CA 91601

Sparkletts
PO BOX 660579
Dallas, TX 75266-0579

State of Delaware - Division of Corporat
P.O. Box 5509
Binghamton, NY 13902-5509

State of New York - Workers' Compensatio
P.O. Box 5200
Binghamton, NY 13902

State of Wisconsin - Department of Workf
P.O. Box 7942
Madison, WI 53707-7942

Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

Washington State - Department of Revenue
P.O. Box 47473
Olympia, WA 98504
```

```
Washington State - Employment Security D
P.O. Box 9046
Olympia, WA 98507

Worzalla
3535 Jefferson Street
Stevens Point, WI 54481

Xero
1615 Platte Street
Suite 400
Denver, CO 80202
```